IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA
                                                                PLAINTIFF/RESPONDENT

v.                    Case No. 2:13-CR-20029

MATTHEW FRANKLIN                                                DEFENDANT/PETITIONER

## O R D E R

The Court has received proposed findings and recommendations (Doc. 53) from United States Magistrate Judge Mark E. Ford.  There have been no objections and the time period for filing objections has passed.

After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety.

IT IS THEREFORE ORDERED that Petitioner Matthew Franklin's motion (Doc. 46) to vacate is DENIED.

IT IS SO ORDERED this 2nd day of April, 2015.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE